UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI LYNN ARNOLD NOEM,<br><br>    Defendant. | Case No. 1:25-cv-01010-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 7)<br><br>ORDER CONTINUING JANUARY 9, 2026, SCHEDULING CONFERENCE<br><br>(Docs. 3, 6) |

On August 13, 2025, Plaintiff Harpreet Singh ("Plaintiff") initiated this action with the filing of a complaint against Defendant Kristi Lynn Arnold Noem, Secretary of Homeland Security of the United States Department of Homeland Security ("Defendant"). (Doc. 1). After the parties failed to timely file their joint scheduling conference statement at least one week in advance of the November 10, 2025, scheduling conference, on November 5, 2025, the Court continued the scheduling conference to January 9, 2026, and ordered the parties to file the joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference. (Doc. 6); *see* (Doc. 3 at 2).

Pending before the Court is the parties' stipulated request, filed on November 5, 2025, to extend the time for Defendant to respond to Plaintiff's complaint *nunc pro tunc* from October 24, 2025, to February 18, 2026, and to continue the scheduling conference set for January 9, 2026.

(Doc. 7). The parties represent an extension is warranted as this case concerns two Form I-130 petitions for alien relative that Plaintiff filed on behalf of his noncitizen spouse and step-child, and U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview on the petitions for November 20, 2025. *Id.* at 2. The parties anticipate this action will be rendered moot once USCIS completes its adjudication of the petitions, and USCIS anticipates it will be able to complete its adjudication within 120 days from the date of the interview. *Id.* Plaintiff agrees to an extension of time totaling 90 days from the date of the interview, and the parties therefore stipulate and request that Defendant's new deadline to respond to the complaint is February 18, 2026. *Id.* The parties further request that all other filing dates and appearances, including the currently set scheduling conference on January 9, 2026, be similarly extended to conserve the resources of the Court and the parties. *Id.*

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to the complaint no later than **February 18, 2026**; and
2. The scheduling conference set for January 9, 2026, is CONTINUED to March 5, 2026, at 9:00 AM. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *See* (Doc. 3).

IT IS SO ORDERED.

Dated:   **November 6, 2025**

UNITED STATES MAGISTRATE JUDGE

2